FORM B6F (9/97) West Group, Rochester, NY

In re _Sandoval, Raudel and Sandoval, Genoveva_ / Debtor    Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5424180406688280<br>Creditor # : 1<br>Citi Cards<br>P.O. BOX 6416<br>The Lakes NV 88901 | | J | 05/01<br>Credit Card Purchases | | | | $ 13,176.00 |
| Account No: 6011000650228970<br>Creditor # : 2<br>Discover<br>P.O. BOX 30395<br>Salt Lake City UT 84130 | | J | 08/01<br>Credit Card Purchases | | | | $ 3,797.00 |
| Account No: 1523003153084397<br>Creditor # : 3<br>First North American Ntl Bk<br>PO BOX 78131<br>Phoenix AZ 85062 | | J | 08/01<br>Consumer Purchases | | | | $ 1,667.00 |
| Account No: 5408010000941001<br>Creditor # : 4<br>Household Credit Services<br>P.O. BOX 60102<br>City of Industry CA 91716 | | J | 08/01<br>Credit Card Purchases | | | | $ 3,957.00 |

_1_ continuation sheets attached

Subtotal $ 22,597.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re _Sandoval, Raudel and Sandoval, Genoveva_ / Debtor   Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 7761880033<br>Creditor # : 5<br>JC Penney<br>P.O. BOX 32000<br>Orlando FL 32890 | J | 08/01<br>Consumer Purchases | | | | $ 1,719.00 |
| Account No: 0784759213308<br>Creditor # : 6<br>Sears<br>86 Annex<br>Atlanta GA 30386 | J | 12/00<br>Consumer Purchases | | | | $ 3,609.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    5,328.00
Total $    27,925.00
(Report total also on Summary of Schedules)